*e-filed 12/3/07

1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant JUSTIN MCNUTT

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,         )   No. CR 07-00263 JF (PVT)
                                      )
12               Plaintiff,           )
                                      )   **STIPULATION AND [PROPOSED]**
13  v.                                )   **ORDER TO CONTINUE SENTENCING**
                                      )
14  JUSTIN MCNUTT,                    )
                                      )
15               Defendant.           )
    _____)

16

17                              **STIPULATION**

18          Assistant United States Attorney Shawna Yen, and defendant, Justin McNutt, through his

19  counsel, Assistant Federal Public Defender Nicholas P. Humy, stipulate and agree that the

20  sentencing hearing date in the above-captioned matter, presently scheduled for December 05,

21  2007, should be continued to January 16, 2008 at 9:00 a.m.

22          The reason for this continuance is that defense counsel needs time to prepare for the

23  sentencing hearing and expects witnesses who will have to travel.

24  Dated: November 27, 2007              _____/s/_____
                                          NICHOLAS P. HUMY
25                                        Assistant Federal Public Defender

26  Dated: November 27, 2007              _____/s/_____
                                          SHAWNA YEN
                                          Assistant United States Attorney

1

2

## __ORDER__

The parties have jointly requested to continue the sentencing hearing from December 05, 2007 to January 18, 2008 at 9:00 a.m. to allow defense counsel to arrange for witnesses to appear at the sentencing hearing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for December 05, 2007 be continued to January 18, 2008 at 9:00 a.m.  pursuant to the parties' stipulation.

Dated: November __30__ , 2007

JEREMY FOGEL
United States District Judge